IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sweiss, Sheima S

Printed: 12/23/08

Case Number: 08 B 11523
Judge: Squires, John H
Filed: 5/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 12, 2008
Confirmed: July 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,000.00 |  |
| Secured: |  | 2,486.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 316.56 |
| Trustee Fee: |  | 196.57 |
| Other Funds: |  | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Kenneth C Swanson | Administrative | 316.56 | 316.56 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 4,500.00 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 23,368.91 | 741.63 |
| 8. | Wilshire Credit Corp | Secured | 46,042.86 | 1,459.62 |
| 9. | Graystone Solutions | Secured | 9,000.00 | 285.62 |
| 10. | Peoples Energy Corp | Unsecured | 1,038.12 | 0.00 |
| 11. | Capital One | Unsecured | 253.80 | 0.00 |
| 12. | American Express | Unsecured | 4,205.08 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 222.56 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 734.69 | 0.00 |
| 15. | American General Finance | Unsecured | 4,246.02 | 0.00 |
| 16. | Barclays Bank of Delaware | Unsecured | 7,517.74 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,132.46 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 227.60 | 0.00 |
| 19. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 20. | Macy's | Unsecured |  | No Claim Filed |
| 21. | CitiMortgage Inc | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 102,806.40 | $ 2,803.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sweiss, Sheima S

Printed: 12/23/08

Case Number: 08 B 11523
Judge: Squires, John H
Filed: 5/7/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 93.43 |
| 6.6% | 103.14 |
| | $ 196.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

